# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-02012-SAB<br><br>ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 11) |

Plaintiff Diana Harrell commenced this action on December 24, 2025, challenging the Commissioner of Social Security's final decision, denying her application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 5, 6, 7.) On April 24, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 11);

2. All pending dates and matters are VACATED; and

///

3.    Judgment shall be ENTERED in favor of Plaintiff Diana Harrell and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2