# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DIANA HARRELL,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 1:25-cv-02012-SAB

ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

(ECF No. 14)

On May 6, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 14.)

Accordingly, pursuant to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of $8,200.00 as authorized by 28 U.S.C. § 2412, and $405.00 in costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1